# Exhibit A

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) :SS | IN CIRCUIT COURT |
| COUNTY OF YANKTON | ) | FIRST JUDICIAL CIRCUIT |

Compeer Financial, PCA,

                Plaintiff,              Case No. _____

vs.

Sunwold Farms, Inc., Sunterra
Farms Iowa, Inc., and Lariagra
Farms South, Inc.,

                Defendants.

## SUMMONS

**TO DEFENDANT SUNWOLD FARMS, INC., BY AND THROUGH ITS REGISTERED AGENT MR. BEN KEEBLE, 907 WEST CEDAR STREET, BERESFORD, SOUTH DAKOTA 57004 AND 702 S BEN STREET PARKSTON, SOUTH DAKOTA 57366.**

**TO DEFENDANT SUNTERRA FARMS IOWA, INC., BY AND THROUGH ITS REGISTERED AGENT MR. BEN KEEBLE, 907 WEST CEDAR STREET, BERESFORD, SOUTH DAKOTA 57004 AND 702 S BEN STREET PARKSTON, SOUTH DAKOTA 57366.**

**TO DEFENDANT LARIAGRA FARMS SOUTH, INC., BY AND THROUGH ITS REGISTERED AGENT MR. BEN KEEBLE, 907 WEST CEDAR STREET, BERESFORD, SOUTH DAKOTA 57004 AND 702 S BEN STREET PARKSTON, SOUTH DAKOTA 57366**

      **YOU ARE HEREBY SUMMONED AND REQUIRED** to serve upon Jennifer G. Lurken, Gislason & Hunter LLP, plaintiff's attorney, whose address is 2700 South Broadway, P.O. Box 458, New Ulm, Minnesota 56073, an answer to the complaint which is herewith served upon you within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

4911-0387-5627.v1

**Filed: 3/18/2025 5:05 PM CST    Yankton County, South Dakota    66CIV25-000112**

Dated this 18th day of March, 2025.

/s/ Jennifer G. Lurken
Jennifer G. Lurken    #4371
GISLASON & HUNTER LLP
2700 South Broadway
P. O. Box 458
New Ulm, MN  56073-0458
Phone:  507-354-3111
Fax:  507-354-8447
Email:  jlurken@gislason.com

*Attorneys for Plaintiff Compeer Financial, PCA*

4911-0387-5627.v1