UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

Compeer Financial, PCA,

           Plaintiff,            Case No. 25-CV-04044

vs.

Sunwold Farms, Inc., Sunterra Farms Iowa, Inc., and Lariagra Farms South, Inc.,

---

**AFFIDAVIT OF JENNIFER G. LURKEN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID MANDATORY MEDIATION**

---

STATE OF MINNESOTA     )
                                  ) ss.
COUNTY OF BLUE EARTH )

    I, Jennifer G. Lurken, being first duly sworn, state for her Affidavit as follows:

    1.    I am an attorney with the law firm of Gislason & Hunter LLP, counsel for Plaintiff Compeer Financial, PCA, ("**Compeer**"), in the above-entitled matter.

    2.    On March 17, 2025, Compeer received Notice of Application, Bench Brief of National Bank of Canada, and a Book of Authorities to the Bench Brief of National Bank of Canada via email by counsel for National Bank of Canada.

    3.    National Bank of Canada filed the above referenced documents in the Court of King's Bench of Alberta, Canada. Attached hereto as **Exhibit 1** is a true and correct copy of the Bench Brief of National Bank of Canada received by Compeer.

    FURTHER YOUR AFFIANT SAYETH NOT.

**I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.**

GH Docs\4903-2862-2892.v1-3/19/25

| | |
|---|---|
| Dated this 25th day of March, 2025, at<br>Blue Earth County, Minnesota | _/s/ Jennifer G. Lurken_<br>Jennifer G. Lurken |