**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| COMPEER FINANCIAL, PCA,<br><br>PLAINTIFF,<br><br>vs.<br><br>SUNWOLD FARMS, INC., SUNTERRA FARMS IOWA, INC., AND LARIAGRA FARMS SOUTH, INC.,<br><br>DEFENDANTS. | CASE NO. 25-CV-04044<br><br>AFFIDAVIT OF ANNA LIMOGES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AVOID MEDIATION AND DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EX PARTE APPLICATION TO APPOINT A RECEIVER PURSUANT TO SDCL 21-21-6 |

STATE OF SOUTH DAKOTA   )
                        : SS
COUNTY OF LINCOLN       )

I, Anna Limoges, having been first duly sworn, deposes and states that I am one of the attorneys for Defendants Sunwold Farms, Inc., Sunterra Farms, Iowa, Inc., and Lariagra Farms South, Inc. ("Defendants"), in the above-entitled action, and I make this Affidavit in support of Defendants' Response to Plaintiff's Motion to Avoid Mediation and Defendant's Response to Plaintiff's Motion for Ex Parte Application to Appoint a Receiver Pursuant to SDCL 21-21-6.

1. Attached hereto as **Exhibit 1** are emails between Defendants and Plaintiff Compeer Financial, PCA.

2. Attached hereto as **Exhibit 2** is Plaintiff Compeer Financial, PCA's February 19, 2025 letter entitled "Notice of Your Right to Apply for Restructuring."

I declare under penalty of perjury under the law of South Dakota that the foregoing is true and correct.

Dated March 27, 2025, at Beresford, South Dakota.

**HALBACH | SZWARC LAW FIRM**

By: _____
Anna Limoges
108 S. Grange Ave.
Sioux Falls, SD 57104
P: (605) 910-7645
alimoges@halbachlawfirm.com
*Attorneys for Defendants*