# __Exhibit 1__

Placeholder – To Be Requested Filed Under Seal