

1921 Premier Drive  
P.O. Box 4249  
Mankato, MN 56001

P: (844) 426-6733

www.compeer.com

February 19, 2025

Sunwold Farms, Inc.
907 West Cedar Street
Beresford, SD  57004

RE:   **NOTICE OF YOUR RIGHT TO APPLY FOR RESTRUCTURING**
      **LOAN NO:** ▇▇▇▇▇▇

Dear Borrower:

This letter is to notify you that based on adverse financial and repayment trends and other factors, the above-referenced loan(s) has been identified as a distressed loan(s) under the provisions of the Farm Credit Act. As a Farm Credit System borrower, you have the right to apply for a restructuring of your loan(s) within 48 days of the mailing date of this letter. We may suggest a potential restructure plan to you as well.

Enclosed is a copy of the restructuring policy of the AgriBank Farm Credit District and the materials necessary to submit an application for restructuring. You have the right to apply for a restructuring of your loan(s) and we will review any application you submit.

The enclosed restructuring application and information you wish us to consider related to a restructure must be returned to us by April 11, 2025 at the following address:

> Compeer Financial
> Attn:  Borrower Rights
> 1921 Premier Drive
> P.O. Box 4249
> Mankato, MN 56001

If additional information would be helpful in evaluating your application, we will contact you to request such information.

Consideration of your application and a decision of whether to restructure your loan(s) will be based on the criteria provided in the enclosed restructuring policy, and a prompt communication of our decision will follow in writing. Regulations require that we inform you that the alternative to restructuring under this policy may be foreclosure. If your restructure application is denied, we will inform you of the reason and how to obtain a review of that decision by the credit review committee. If we agree to restructure the loan(s), you must perform under the restructure agreement. If you do not perform under

Exhibit 2 - Page 1 of 4

the restructure agreement or a mutual agreement to remedy the distress cannot be reached, we will initiate a foreclosure or collection proceeding without further notice.

A personal meeting to review the status of your loan(s), your financial condition, the suitability of the loan(s) for restructuring, and possibly to develop a plan for restructuring is highly recommended. To make such a meeting productive, please bring as much financial information regarding your operation as possible, including a balance sheet, earnings statement, projected income and expense statement, and tax returns for the last three years for all parties obligated on the loan(s). If you have questions about the restructuring policy or wish to have such a meeting, please contact me at 1-844-426-6733. I look forward to hearing from you.

Sincerely,

Steve Grosland
Prin Credit Officer Risk

nlj
Enclosures

**Exhibit 2 - Page 2 of 4**



1921 Premier Drive
P.O. Box 4249
Mankato, MN 56001

P: (844) 426-6733

www.compeer.com

February 19, 2025

Sunterra Farms Iowa, Inc.
907 West Cedar Street
Beresford, SD 57004

RE: **NOTICE OF YOUR RIGHT TO APPLY FOR RESTRUCTURING**
    **LOAN NO:** ▇▇▇▇▇▇▇

Dear Borrower:

This letter is to notify you that based on adverse financial and repayment trends and other factors, the above-referenced loan(s) has been identified as a distressed loan(s) under the provisions of the Farm Credit Act. As a Farm Credit System borrower, you have the right to apply for a restructuring of your loan(s) within 48 days of the mailing date of this letter. We may suggest a potential restructure plan to you as well.

Enclosed is a copy of the restructuring policy of the AgriBank Farm Credit District and the materials necessary to submit an application for restructuring. You have the right to apply for a restructuring of your loan(s) and we will review any application you submit.

The enclosed restructuring application and information you wish us to consider related to a restructure must be returned to us by April 11, 2025 at the following address:

> Compeer Financial
> Attn: Borrower Rights
> 1921 Premier Drive
> P.O. Box 4249
> Mankato, MN 56001

If additional information would be helpful in evaluating your application, we will contact you to request such information.

Consideration of your application and a decision of whether to restructure your loan(s) will be based on the criteria provided in the enclosed restructuring policy, and a prompt communication of our decision will follow in writing. Regulations require that we inform you that the alternative to restructuring under this policy may be foreclosure. If your restructure application is denied, we will inform you of the reason and how to obtain a review of that decision by the credit review committee. If we agree to restructure the loan(s), you must perform under the restructure agreement. If you do not perform under the restructure agreement or a mutual agreement to remedy the distress cannot be reached, we will initiate a foreclosure or collection proceeding without further notice.

Exhibit 2 - Page 3 of 4

A personal meeting to review the status of your loan(s), your financial condition, the suitability of the loan(s) for restructuring, and possibly to develop a plan for restructuring is highly recommended. To make such a meeting productive, please bring as much financial information regarding your operation as possible, including a balance sheet, earnings statement, projected income and expense statement, and tax returns for the last three years for all parties obligated on the loan(s). If you have questions about the restructuring policy or wish to have such a meeting, please contact me at 1-844-426-6733. I look forward to hearing from you.

Sincerely,

Steve Grosland
Prin Credit Officer Risk

nlj
Enclosures

**Exhibit 2 - Page 4 of 4**